UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ARTIFICIAL INTELLIGENCE IMAGING ASSOCIATION, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>MVISION AI, INC.<br><br>    Defendant. | Case No. 5:25-cv-01370-OLG |

**NOTICE AS TO JUDGE'S STANDING ORDER**
**AS TO RULE (12)(b)(6) MOTION TO DISMISS**

    Defendant MVision AI, Inc. ("MVision") hereby gives Notice that in accordance with Judge Orlando Garcia's Standing Order on Rule 12(b)(6) Motions to Dismiss (Dkt. 8), counsel for MVision sent the required notification to Plaintiff's counsel as to its intent to move for dismissal under Rule 12(b)(6) on November 21, 2025.  Defendant's counsel is waiting for Plaintiff's position on this issue, and accordingly no response to the Complaint is yet due from Defendant.

    Respectfully submitted,

Date:  November 25, 2025

    */s/ Brian R. Gilchrist*
    Brian R. Gilchrist
    Texas Bar No. 07904795
    Florida Bar No. 774065
    bgilchrist@allendyer.com
    ALLEN, DYER, DOPPELT,
    + GILCHRIST, P.A.
    255 South Orange Avenue, #1401
    Orlando, FL  32801
    Telephone:     (407) 841-2330
    Facsimile:       (407) 841-2343
    *Attorneys for Defendant MVision AI, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 25, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Brian R. Gilchrist*
Brian R. Gilchrist