IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ARTIFICIAL INTELLIGENCE IMAGING ASSOCIATION, INC., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | **Case No. 5:25-cv-01370-OLG** |
| MVISION AI, INC., | § § § | |
| Defendant. | § § | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Artificial Intelligence Imaging Association, Inc. ("AIIA"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of its voluntary dismissal of this action.

Rule 41(a)(1)(A)(i) permits a plaintiff to dismiss an action without a court order by filing a Notice of Dismissal before the opposing party serves either an Answer or a Motion for Summary Judgment. Defendant MVision AI, Inc. has not served an answer or a motion for summary judgment. Defendant's only responsive filing is its Motion to Dismiss under 35 U.S.C. § 101, brought pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. A Motion to Dismiss under Rule 12(b)(6) is neither an Answer nor a Motion for Summary Judgment and, therefore, does not terminate Plaintiff's right to dismiss this action by notice. No counterclaim has been pleaded.

Because no Answer or Motion for Summary Judgment has been served, this dismissal is effective upon filing, requires no Order of the Court, and no action by the Court is necessary.

Dated: May 26, 2026

Respectfully submitted,

GOLDEN LAW, P.C.
Independence Plaza II, Suite 250
14350 Northbrook Drive
San Antonio, TX 78232
(210) 495-0900
(210) 495-0997 (fax)
golden@goldenlaw.net

*/s/ Robert E. Golden*

By: _____
     Robert E. Golden
     Texas Bar No. 08085560

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Robert E. Golden*

By: _____
     Robert E. Golden